credsres (03/09)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Peggy J. Darby<br>Debtor(s) | Chapter | 7 |
|---|---|---|
| | Case No. | 1:13–bk–02275–MDF |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The previously scheduled 341 meeting of creditors in the above–referenced case has been rescheduled to:

| York County Administrative Center, 28 E. Market St., 2nd FL. Hearing Room – TBD, York, PA 17401 | Date: June 26, 2013<br>Time: 03:30 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 7, 2013 |